## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JEREMY DELANEUVILLE**                                    **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:22-cv-52-LG-RPM**

**JACKSON COUNTY, MISSISSIPPI**                                    **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 16th day of August, 2022.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE